

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00311-CV

Gerardo **LASCANO**,
Appellant

v.

**HUSER CONSTRUCTION COMPANY**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 12406B
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant, Gerardo Lascano, recover its costs of this appeal from appellee, Huser Construction Company.

SIGNED May 27, 2015.

_____
Rebeca C. Martinez, Justice